# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER,<br><br>　　　　　Plaintiff,<br>　　vs.<br>JUAN CARLOS AGUILAR, et al,<br><br>　　　　　Defendants. | Case No.  1:21-cv-00889 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 15) |

　　　　The parties report they have settled the matter and indicate will seek dismissal of the action soon. (Doc. 15 at 2) Thus, the Court **ORDERS**:

　　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than October 15, 2021**;

　　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**August 27, 2021**　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE