UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE NA PIER, | Case No.: 1:21-cv-0889 AWI JLT |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| JUAN CARLOS AGUILAR, et al., | (Doc. 17) |
| Defendants. | |

On September 14, 2021, Plaintiff filed a Notice of Voluntary Dismissal, requesting that the Court "enter a dismissal with prejudice" pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Doc. 17 at 2.) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendants had not appeared or filed an answer, the action was automatically terminated. *Id.* Accordingly, the Clerk of Court **IS DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:   **October 21, 2021**          **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE